AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2018 MAR 22 P 12: 34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:18sw 109
Information Associated with Accounts )
at Facebook, Inc., 1601 Willow Road, )
Menlo Park, California )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*

information associated with Facebook accounts 100010376352688 and 100011775390674, stored at the premises of Facebook, Inc., with offices at 1601 Willow Road, in Menlo Park, CA, stored at the premises of Facebook, Inc., with offices at 1601 Willow Road, in Menlo Park, CA

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Evidence of a crime contained in records associated with the user accounts further described in Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before ___March 8, 2018___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Michael S. Nachmanoff___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 02/22/2018 @ 11:30 am

/s/ Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA
Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:18sw: 109 | Date and time warrant executed: 2/22/18 @ 2:00pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Content of Account with User ID Number 100011775390674 to include Subscriber Info, Posts, Friends, IP Addresses, Chats, Photos, Calendar

Blank Return for Account with User ID Number 100010376352688

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/16/18

Executing officer's signature

Nicholas Casler, Special Agent, FBI
Printed name and title

# ATTACHMENT A (Facebook, Inc.)

A. Facebook, Inc. personnel shall isolate the information associated with Accounts **100010376352688** and **100011775390674**, and provide in electronic form to the agent who serves the search warrant an exact duplicate of that information. With respect to each account, this information includes:

(a) All contact and personal identifying information, including passwords, security questions and answers, and screen names;

(b) All activity logs and all other documents showing the user's posts and other Facebook activities, and all photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(c) All Photoprints and Neoprints, including profile information and all photos uploaded by that user ID or by any user that have that user tagged in them, News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; all past and present friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d) All records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests, as well as records of communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken; and all privacy settings and other account settings, and all records showing which Facebook users have been blocked by the account;

(e) All "check ins" and other location information, and all IP logs, including all records of the IP addresses that logged into the account;

(f) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked" and all information about the Facebook pages that the account is or was a "fan" of; and all records of Facebook searches performed by the account, and all information about the user's access and use of Facebook Marketplace;

(g) All records of the length of service, the types of service utilized by the user, and the means and source of any payments associated with the service, and all cookie data and associate machines and accounts collected by Facebook for user's

account to include, but not limited to, browser information if available and other pages and groups where the user (or the associated user) is the creator.

B. Law enforcement personnel will thereafter review all information and records received from Facebook, Inc. employees to determine the information to be seized by law enforcement personnel. The information to be seized consists of information that constitutes evidence related to the attempt to provide material support to a designated terrorist organization, in violation of 18 U.S.C. § 2339B, and/or the possession of child pornography, in violation of 18 U.S.C. § 2252, including records relating to the identities of those who created, used, or communicated with the account.